**Jeff S. Pitzer, OSB No. 02084**
jpitzer@pitzerlaw.net
**Bryan S. Geon, OSB No. 97505**
bgeon@pitzerlaw.net
PITZER LAW
101 SW Main St., Suite 805
Portland, Oregon 97204
Phone: (503) 227-1477
Facsimile: (503) 227-5839

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LC U-BAKE, LLC,** an Oregon limited liability company; **DEMI UBAKE, LLC,** an Oregon limited liability company; **PAC9 UBAKE, LLC,** an Oregon limited liability company; **LC WA TAKE-N-BAKE, LLC,** a Washington limited liability company; and **PDX TAKE-N-BAKE LLC,** a Washington limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>**UNITED STATES OF AMERICA,**<br><br>    Defendant. | Case No.: 3:12-CV-00049-KI<br><br>**TEMPORARY RESTRAINING ORDER** |

Having considered plaintiffs' January 11, 2012 motion for a temporary restraining order, and the supporting materials submitted therewith, plaintiffs' motion is hereby granted for the reasons set forth in plaintiffs' motion: (1) that plaintiffs have established a likelihood of success on the merits, and (2) that plaintiffs have established a likelihood that they will suffer irreparable and immediate harm without this relief. Defendant United States of America and its agents are hereby enjoined, until such time as a hearing on plaintiffs' motion for stay can be held by Judge King, and Judge King rules on that motion, from taking any action to withdraw the

pizza outlets operated by plaintiffs at the 12 locations set forth in Exhibit A from participating in the federal SNAP program as authorized retailers. A hearing on plaintiffs' motion for a stay pending the resolution of this case on the merits is hereby scheduled to be heard by Judge Garr King on January 23, 2012, at 11 a.m.

**IT IS SO ORDERED.**

DATED this 12th day of January, 2012. @ 3 30 pm.

_____
Hon. Marco A. Hernández
United States District Court Judge

Order Prepared by:

Jeff S. Pitzer, OSB #02084
**PITZER LAW**
101 SW Main St., Suite 805
Portland, Oregon 97204
(503) 227-1477
**Counsel for Plaintiffs**

# EXHIBIT A

## To Temporary Restraining Order, Case 3:12-CV-00049-KI
## Little Caesars Take-N-Bake Locations Covered By Order:

1835 NE Division Street
Gresham, OR 97030
FNS # 0181664

16353 SE Division Street
Portland, OR 97236
FNS # 0254892

11940 NE Glisan Street
Portland, OR 97220
FNS # 0254893

18681 SW Tualatin Valley Highway
Aloha, OR 97006
FNS # 0278339

1888 Baseline Road
Cornelius, OR 97113
FNS # 0278342

2401 NE Cornell Rd
Suite Z
Hillsboro, OR 97124
FNS # 0278345

12020 SW Allen Blvd
Beaverton, OR 97005
FNS # 0278347

310 NE 78th Street
Vancouver, WA 98665
FNS # 0285942

12010 NE Fourth Plain Road, Suite A
Vancouver, WA 98682
FNS # 0281873

1125 SE 163rd Place, Suite 104
Vancouver, WA 98683
FNS # 0282623

17809 SE 17th Lane
Vancouver, WA 98683
FNS # 0281878

221G NE 104th Avenue, Suite 104
Vancouver, WA 98664
FNS # 0282616